DAVID LIEBRADER, ESQ.
STATE BAR NO. 5048
THE LAW OFFICES OF DAVID LIEBRADER
3960 HOWARD HUGHES PARKWAY STE 500
LAS VEGAS, NV 89169
PH: (702) 380-3131
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER BETWEEN ) | Case No. 20-CV-02285-APG-EJY |
| ) | |
| Eugene McAteer, ) | |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | |
| Sunflower Bank, N.A. and DOES 1-10 and ) | |
| ROES 1-10, inclusively ) | |
| ) | |
| DEFENDANTS ) | |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant that Plaintiff may have up to and including January 19, 2021 to file his Opposition to Defendant's Motion to Dismiss.

This Stipulation is entered into due to the shortened response time as a result of the holiday season. This Stipulation is made in good faith, and not for the purposes of any undue delay. This is the first request for an extension.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 30 day of December, 2020. | Dated this 30 day of December, 2020. |
| **GARMAN TURNER GORDON** | **THE LAW OFFICES OF DAVID LIEBRADER** |

By: /s/ *Erika Pike Turner*  
Erika Pike Turner, Esq.  
7251 Amigo Street, Suite 210  
Las Vegas, NV 89119  
*Attorneys for Defendant*

By: */s/ David Liebrader*  
David Liebrader, Esq,  
3960 Howard Hughes Parkway Ste. 500  
Las Vegas, NV 89169  
*Attorney for Plaintiff*

# **ORDER**

IT IS SO ORDERED:

1. That Plaintiff shall have up to and including January 19, 2021 to file his Opposition to the Motion to Dismiss.

Dated this 30th day of December, 2020.

_____  
DISTRICT COURT JUDGE

Submitted by:

By */s/: David Liebrader*  
Attorney for Plaintiff

2