DAVID LIEBRADER, ESQ.
STATE BAR NO. 5048
THE LAW OFFICES OF DAVID LIEBRADER
3960 HOWARD HUGHES PARKWAY STE 500
LAS VEGAS, NV 89169
PH: (702) 380-3131
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER BETWEEN | Case No. 20-CV-02285-APG-EJY |
| Eugene McAteer, | |
| PLAINTIFF, | STIPULATION AND ORDER |
| v. | |
| Sunflower Bank, N.A. and DOES 1-10 and ROES 1-10, inclusively | |
| DEFENDANTS | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant that Plaintiff may have up to and including December 22, 2021 to file an amended complaint.

This Stipulation is entered into due to the agreement of the parties to submit this matter to mediation by early December. This Stipulation is made in good faith, and not for the purposes of any undue delay. This is the first request for an extension.

IT IS SO STIPULATED.

Dated this 8th day of October, 2021.                     Dated this 8th day of October, 2021.

**GARMAN TURNER GORDON**                              **THE LAW OFFICES OF DAVID LIEBRADER**

By: /s/ *Erika Pike Turner*
Erika Pike Turner, Esq.
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
*Attorneys for Defendant*

By: */s/ David Liebrader*
David Liebrader, Esq,
3960 Howard Hughes Parkway Ste. 500
Las Vegas, NV 89169
*Attorney for Plaintiff*

# **ORDER**

IT IS SO ORDERED:

1. That Plaintiff shall have up to and including December 22, 2021 to file an amended complaint.

Dated this 8th day of October, 2021.

_____
U.S. MAGISTRATE JUDGE

Submitted by:

By */s/: David Liebrader*
Attorney for Plaintiff

2