DAVID LIEBRADER, ESQ.
STATE BAR NO. 5048
THE LAW OFFICES OF DAVID LIEBRADER
3960 HOWARD HUGHES PARKWAY STE 500
LAS VEGAS, NV 89169
PH: (702) 380-3131
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER BETWEEN | Case No. 20-CV-02285-APG-EJY |
| Eugene McAteer, | |
| PLAINTIFF, | STIPULATION AND ORDER |
| v. | (SECOND REQUEST) |
| Sunflower Bank, N.A. and DOES 1-10 and ROES 1-10, inclusively | |
| DEFENDANTS | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant that Plaintiff may have up to and including January 21, 2022 to file an amended complaint.

This Stipulation is entered into due to the agreement of the parties to submit this matter to mediation before Mediator Peggy Leen on December 20, 2021. This is the second request for an extension. The prior extension ran through December 22, 2021. Due to Defendant's change of counsel since the last stipulation, additional time was needed by the parties to submit this matter to a mediator. This Stipulation is made in good faith, and not for the purposes of any undue delay.

IT IS SO STIPULATED.

Dated this 29th day of November, 2021.

**FISHER AND PHILLIPS, LLP**

By: /s/ *Scott Mahoney*
Scott Mahoney, Esq.
300 S. Fourth St. Ste. 1500
Las Vegas, NV 89101
*Attorneys for Defendant*

Dated this 29th day of November, 2021.

**THE LAW OFFICES OF DAVID LIEBRADER**

By: */s/ David Liebrader*
David Liebrader, Esq,
3960 Howard Hughes Parkway Ste. 500
Las Vegas, NV 89169
*Attorney for Plaintiff*

## **ORDER**

IT IS SO ORDERED:

1. That Plaintiff shall have up to and including January 21, 2022 to file an amended complaint.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 30, 2021

Submitted by:

By */s/: David Liebrader*
Attorney for Plaintiff

2