1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  300 S. Fourth Street
   Suite 1500
4  Las Vegas, NV  89101
   Telephone: (702) 252-3131
5  E-Mail Address:  smahoney@fisherphillips.com
   Attorney for Defendant, Sunflower Bank
6

7  **UNITED STATES DISTRICT COURT**

8  **CLARK COUNTY, NEVADA**

| | | |
|---|---|---|
| 9  Eugene McAteer, | ) | Case No: 2:20-cv-02285-APG-EJY |
| 10 | ) | |
|       Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| 11 | ) | **EXTEND TIME TO RESPOND TO** |
|    vs. | ) | **FIRST AMENDED COMPLAINT** |
| 12 | ) | (First Request) |
| 13 Sunflower Bank, N.A. and DOES 1-10 | ) | |
|    and ROES 1-10, inclusively | ) | |
| 14 | ) | |
|       Defendants. | ) | |
| 15 _____ | ) | |

16

17     IT IS HEREBY STIPULATED AND AGREED by and between the parties'

18 counsel of record that Defendant will have up to and including February 10, 2022 to

19 answer or otherwise respond to Plaintiff's First Amended Complaint (ECF No. 24).

20 Additional time is needed because defense counsel has been preparing for a

21 participating in an arbitration hearing and additional time is needed.   This is the first

22

23

24

25

26

27

28

FP 42992226.1

- 1 -

request for an extension of this deadline.

| LAGOMARSINO LAW | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ *Andre M. Lagomarsino, Esq.* <br> ANDRE M. LAGOMARSINO <br> 3005 W. Horizon Ridge Pkwy. #241 <br> Henderson, NV 89052 <br> Attorneys for Plaintiff | By: /s/ *Scott M. Mahoney, Esq.* <br> SCOTT M. MAHONEY <br> 300 South Fourth Street <br> Suite 1500 <br> Las Vegas, Nevada 89101 <br> Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  February 2, 2022