FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant, Sunflower Bank

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| Eugene McAteer, | Case No: 2:20-cv-02285-APG-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PREFERENTIAL TRIAL SETTING** |
| vs. | |
| Sunflower Bank, N.A. and DOES 1-10 and ROES 1-10, inclusively | **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record as follows:

Plaintiff filed a Motion for Preferential Trial Setting (ECF No. 32). An opposition was due March 11 but could not be filed until March 14 (ECF No. 38). It is stipulated that a filing extension be granted to March 14 based on the following circumstances. This is the first request for an extension of this deadline.

After completing an opposition the morning of March 11, starting at approximately 1:00 p.m., defense counsel's office was unable to log into the ECF filing system. Several attempts were made to call the Court Clerk and the Court's IT department, without success, and attempts at filing were made throughout the day and the evening until 10:00 p.m., again without success. On March 12, Defendant provided

1  an unfiled courtesy copy of the opposition to Plaintiff's counsel and it is agreed Plaintiff

2  will have until March 21, 2022 to file any reply.  The foregoing should be deemed good

3  cause for the filing of this extension request after the deadline.

| LAGOMARSINO LAW | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ *Andre M. Lagomarsino, Esq.* <br> ANDRE M. LAGOMARSINO <br> 3005 W. Horizon Ridge Pkwy. <br> #241 <br> Henderson, NV 89052 <br> Attorneys for Plaintiff | By: /s/ *Scott M. Mahoney, Esq.* <br> SCOTT M. MAHONEY <br> 300 South Fourth Street <br> Suite 1500 <br> Las Vegas, Nevada 89101 <br> Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 16, 2022