LAGOMARSINO LAW
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
taylor@lagomarsinolaw.com
*Attorneys for Plaintiff Eugene McAteer*

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

EUGENE McATEER, an individual;

Plaintiff,

vs.

SUNFLOWER BANK, N.A.; and DOES 1-10 and ROES 1-10, inclusively;

Defendants.

CASE NO.: 2:20-cv-02285-APG-EJY

**STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE THE FORENSIC EXAMINATION AND THE 30(b)(6) DEPOSITION OF LAURA FRAZIER AND EXTEND OTHER DEADLINES**

**(Second Request)[1]**

IT IS HEREBY STIPULATED AND AGREED between the parties that the deadline to complete (1) a forensic examination of Defendant SUNFLOWER BANK, N.A.'s ("Sunflower") emails, and (2) Laura Frazier's 30(b)(6) deposition be continued for a period of thirty (30) days each, from the Court's prior Order (ECF No. 63), for the purpose of allowing the parties to complete extensive initial document review and production, as well as to complete a review of the produced documents prior to Ms. Frazier's 30(b)(6) deposition.

## I. ADDITIONAL DISCOVERY ALLOWED BY THE COURT

On May 15, 2023, the Court ordered that Plaintiff be allowed to complete a forensic examination of SUNFLOWER's emails and that Plaintiff be allowed to take the 30(b)(6) deposition of Laura Frazier. The Court assigned deadlines of July 14, 2023 and August 14, 2023, respectively.

## II. THE PARTIES' PROGRESS

[1] This is the second request to extend the forensic examination and Rule 30(b)(6) deadlines contained in the Court's July 12, 2023 Order (ECF No. 63). There have been prior extensions of the dispositive motion and pretrial order deadlines.

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

Both parties have acted in good faith to adhere to the deadlines provided by the Court. Plaintiff has spoken to, and identified, a qualified forensic examination expert who is available and willing to complete the allowed forensic examination. However, in an effort to reduce costs for both parties, Defendant Sunflower conducted an additional email search using search terms provided by Plaintiff. This resulted in the production to Defendant's counsel of over 15,000 documents, which Defendant's counsel is actively reviewing.

The parties are also actively working to identify a date for Defendant's 30(b)(6) deposition, handled by Laura Frazier, taking into account defense counsel's reduced work schedule following a recent hospitalization, Plaintiff's counsel's ongoing five-week trial, and Ms. Frazier's general responsibilities in her high-level, executive position with Sunflower.

## III. REASONS WHY PARTIES REQUEST AN EXTENSION

To date, Plaintiff's counsel has not received the documents, from the additional email search, from Defendant's counsel. On August 3, 2023, Parties had a telephone conference and discussed the progression of the documents being produced. Defendant's counsel indicated they were "nearing a point" to produce the documents to Plaintiff. Plaintiff will require additional time to review the produced documents and incorporate them, as necessary, into the 30(b)(6) deposition. Additionally, should Defendant Sunflower fail to produce the documents to Plaintiff by August 31, 2023[2], Plaintiff will move forward with the forensic examination to avoid any further delay. Finally, in an effort to reduce the time needed to depose Laura Frazier, Plaintiff is identifying what topics have already been addressed through discovery and can be removed from the list of examination topics.

## IV. ~~PROPOSED~~ EXTENDED DEADLINES

The parties respectfully request this Court enter an order as follows:

**(A) Forensic Examination Deadline.**

The current forensic examination deadline of August 14, 2023 should be extended for a period of thirty (30) days up to, and including, **Thursday, September 14, 2023**.

**(B) 30(b)(6) Deposition Deadline.**

[2] Two (2) weeks prior to the proposed Forensic Examination Deadline of September 14, 2023.

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

The current deadline to take the 30(b)(6) deposition of Ms. Laura Frazier of September 13, 2023 should be extended for a period of thirty (30) days up to, and including, **Friday, October 13, 2023**.

**(C) Dispositive Motion Deadline.**

Should the above extensions be granted, the dispositive motion deadline would be extended to **Wednesday, November 15, 2023**.

**(D) Pretrial Order.**

Should the above extensions be granted, the deadline for the Parties to file the pretrial order, absent any dispositive motions, would be extended to **Friday, December 15, 2023**.

This request for an extension is made in good faith and joined by all the parties in this case. Trial is not yet set in this matter and dispositive motions have not yet been filed. Accordingly, this extension will not delay this case. Since this request is a joint request, neither party will be prejudiced by the extension alone. The extension will allow the parties the necessary time to complete extensive document review and take a thorough 30(b)(6) deposition.

**IT IS SO STIPULATED AND AGREED.**

DATED this 8th day of August, 2023.

**LAGOMARSINO LAW**

/s/ Taylor N. Jorgensen
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
*Attorneys for Plaintiff Eugene McAteer*

DATED this 8th day of August, 2023.

**FISHER & PHILLIPS LLP**

/s/ Scott M. Mahoney
SCOTT M. MAHONEY, ESQ. (#1099)
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
*Attorney for Defendant Sunflower Bank, N.A.*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: August 8, 2023