FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant, Sunflower Bank

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| Eugene McAteer, | Case No: 2:20-cv-02285-APG-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SANCTIONS** |
| vs. | |
| Sunflower Bank, N.A. and DOES 1-10 and ROES 1-10, inclusively | **(First Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the parties that Defendant will have up to and including December 1, 2023 to respond to Plaintiff's Motion for Sanctions Against Defendant Sunflower Bank (ECF No. 68) filed on November 8, 2023.  Defendant's counsel needs additional time because of deadlines and events scheduled in other matters and the approaching holiday.  This is the first

1  request for the extension of this deadline.

2  | LAGOMARSINO LAW | FISHER & PHILLIPS LLP |

3

4  By: */s/ Taylor Jorgensen, Esq.*     By: */s/ Scott M. Mahoney, Esq.*
   ANDRE M. LAGOMARSINO            SCOTT M. MAHONEY
5  TAYLOR N. JORGENSEN             300 South Fourth Street
   3005 W. Horizon Ridge Pkwy.     Suite 1500
6  #241                            Las Vegas, Nevada 89101
   Henderson, NV 89052             Attorneys for Defendant
7  Attorneys for Plaintiff

8                                  IT IS SO ORDERED:

9

10

11                                 _____
                                   UNITED STATES MAGISTRATE JUDGE
12
                                   Dated: November 17, 2023

- 2 -

FP 48804126.1