FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant, Sunflower Bank

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| Eugene McAteer, | Case No: 2:20-cv-02285-APG-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SANCTIONS** |
| vs. | |
| Sunflower Bank, N.A. and DOES 1-10 and ROES 1-10, inclusively | **(Second Request)** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the parties that Defendant will have up to and including December 6, 2023 to respond to Plaintiff's Motion for Sanctions Against Defendant Sunflower Bank (ECF No. 68), filed on November 8, 2023.  Defense counsel, who has been on a reduced schedule for medical reasons, needs additional time due to an ongoing medical condition following a May 23, 2023 hospitalization and has been experiencing a flare-up of the condition this past week.

. . .

. . .

. . .

. . .

. . .

FP 48914317.1

- 1 -

This is the second request for the extension of this deadline.

| LAGOMARSINO LAW | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Taylor Jorgensen, Esq.<br>    ANDRE M. LAGOMARSINO<br>    TAYLOR N. JORGENSEN<br>    3005 W. Horizon Ridge Pkwy.<br>    #241<br>    Henderson, NV 89052<br>    Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>    SCOTT M. MAHONEY<br>    300 South Fourth Street<br>    Suite 1500<br>    Las Vegas, Nevada 89101<br>    Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 30, 2023

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 48914317.1

- 2 -