FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant, Sunflower Bank

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| Eugene McAteer,<br><br>            Plaintiff,<br><br>    vs.<br><br>Sunflower Bank, N.A. and DOES 1-10 and ROES 1-10, inclusively<br><br>            Defendants. | Case No: 2:20-cv-02285-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT**<br>             (First Request) |

IT IS HEREBY STIPULATED AND AGREED between the parties that Defendant will have up to and including January 29, 2024 to respond to Plaintiff's Opposition to Defendant's Renewed Motion for Summary Judgment (ECF No. 81) (the "Opposition").  Defendant's Renewed Motion for Summary Judgment (ECF No. 78) was filed on December 19, 2023.  Additional time is needed because of the breadth of the arguments made in the Opposition (consisting of 20+ pages and 20 exhibits) and because defense counsel has events and deadlines scheduled in other matters.  This is the first request for the extension of this deadline.

IT IS FURTHER STIPULATED AND AGREED that Defendant's reply brief can be 40 pages in length, inclusive of exhibit pages, but exclusive of exhibit page dividers, the table of contents and table of authorities.  Excess pages are needed to cite

- 1 -

FP 49369385.1

to deposition testimony that is responsive to arguments made in the Opposition.

| LAGOMARSINO LAW | FISHER & PHILLIPS LLP |
|---|---|
| By: */s/ Taylor Jorgensen, Esq.*<br>ANDRE M. LAGOMARSINO<br>TAYLOR N. JORGENSEN<br>3005 W. Horizon Ridge Pkwy. #241<br>Henderson, NV 89052<br>Attorneys for Plaintiff | By: */s/ Scott M. Mahoney, Esq.*<br>SCOTT M. MAHONEY<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: January 23, 2024