1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  300 S. Fourth Street
   Suite 1500
4  Las Vegas, NV  89101
   Telephone: (702) 252-3131
5  E-Mail Address:  smahoney@fisherphillips.com
   Attorney for Defendant, Sunflower Bank
6

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| Eugene McAteer, | ) | Case No: 2:20-cv-02285-APG-EJY |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER RE: FILING OF DISMISSAL** |
| vs. | ) | **(First Request)** |
| Sunflower Bank, N.A. and DOES 1-10 and ROES 1-10, inclusively | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the parties that they have an extension of time up to and including July 23, 2024 to file a Stipulation and Order for Dismissal.  A Settlement Agreement has been signed, but the settlement is

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 1 -

51536297

1   still being consummated.  This is the first request for an extension of this deadline.

| LAGOMARSINO LAW | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Taylor Jorgensen, Esq. | By: /s/ Scott M. Mahoney, Esq. |
| ANDRE M. LAGOMARSINO | SCOTT M. MAHONEY |
| TAYLOR N. JORGENSEN | 300 South Fourth Street |
| 3005 W. Horizon Ridge Pkwy. #241 | Suite 1500 |
| Henderson, NV 89052 | Las Vegas, Nevada 89101 |
| Attorneys for Plaintiff | Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: July 12, 2024

- 2 -

51536297