FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant, Sunflower Bank

# UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| Eugene McAteer, | Case No: 2:20-cv-02285-APG-EJY |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| Sunflower Bank, N.A. and DOES 1-10 and ROES 1-10, inclusively | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

| LAGOMARSINO LAW | FISHER & PHILLIPS LLP |
|---|---|
| By: */s/ Taylor Jorgensen, Esq.* | By: */s/ Scott M. Mahoney, Esq.* |
| ANDRE M. LAGOMARSINO | SCOTT M. MAHONEY |
| TAYLOR N. JORGENSEN | 300 South Fourth Street |
| 3005 W. Horizon Ridge Pkwy. #241 | Suite 1500 |
| Henderson, NV 89052 | Las Vegas, Nevada 89101 |
| Attorneys for Plaintiff | Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: July 18, 2024

- 1 -

FP 51583929.1